No. 93–7844. FLYNN *v.* CITY OF GARDEN CITY, MICHIGAN, ET AL.; and FLYNN *v.* B&T TOWING. Ct. App. Mich. Certiorari denied.

No. 93–7845. MESSERSCHMIDT *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–7909. WATSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7951. LODEIRO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7965. VISINTINE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7967. THOMPSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7981. MCQUEEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7982. MULHOLLAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7988. KEEPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7991. GALLARDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7993. HARVEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8003. MCCOWAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8004. OMECTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8005. RAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8015. KREUZHAGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8016. ALVAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.